U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 20 2017
AT____ O'CLOCK
Lawrence K. Baerman,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THOMAS LAZORE and CHRISTINE LAZORE,

    Plaintiffs,

v.

PHILIP DOYLE MANUFACTURING INC.; CRANE MANUFACTURING & SERVICE CORP.; CRANE ACQUISITION CORP., and KONECRANES, INC.,

    Defendants.

Docket No.: 7:16-cv-00421-TJM-TWD

---

PHILIP DOYLE MANUFACTURING INC.

    Third-Party Plaintiff,

v.

ALCOA, INC.,

    Third-Party Defendant.

---

KONECRANES, INC.

    Third-Party Plaintiff,

v.

ALCOA, INC.,

    Third-Party Defendant.

---

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of this action; (1) the above-entitled action, including all causes of action, claims, cross-claims, and counter-claims asserted in the action, and all others that could have been asserted by any party hereto relative to the incident, accident, or occurrence alleged in this action, are hereby discontinued as against Konecranes, Inc. only, on the merits and with prejudice; and (2) the Third-Party Complaint of Konecranes, Inc., filed against Arconic Inc. (f/k/a Alcoa Inc.) in the above-entitled action, is discontinued on the merits and with prejudice. This stipulation may be filed, without further notice, with the Clerk of the Court.

Dated: ~~May~~ June 19, 2017
Buffalo, New York

**Sugarman Law Firm, LLP**
*Attorneys for Plaintiffs*

By: _____
Robert P. Dwyer
211 West Jefferson Street, Suite 20
Syracuse, NY 13202
(315) 474-2943

**Rupp Baase Pfalzgraf Cunningham LLC**
*Attorneys for Defendant/Third-Party Plaintiff, Konecranes, Inc.*

By: _____
Cory J. Weber
1600 Liberty Building
Buffalo, NY 14202
(716) 854-3400

**Barclay Damon LLP**
*Attorneys for Defendant/Third-Party Plaintiff, Philip Doyle Manufacturing Inc.*

By: _____
Vincent G. Saccomando
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202
(716) 856-5500

**K&L Gates LLP**
*Attorneys for Third-Party Defendant, Arconic, Inc. (f/k/a Alcoa, Inc.)*

By: _____
Michael J. R. Schalk
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
(412) 355-6493

SO ORDERED.

Dated: June 20, 2017

_____
Hon. Thomas J. McAvoy, SUSDJ